In The United States District Court
For The Western District of Pennsylvania

FILED
JUL [?] [?]
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Derrick Royster
　　Plaintiff

v.

United States Of America
　　Defendant

Civil No: 01:07-cv-228 Erie

Sean J. McLaughlin
United States District
Court Judge

## Appeal motion to strike defendants 2nd motion For Summary Judgement Sub judice

Now Comes Plaintiff above who Respectfully Ask this Court to strike defendant's second bite of the Apple motion For Summary Judgement for the following Reasons:

1.) The District Court Judge has already overruled the U.S. Magistrate Judge Memorandum order in this case and denied defendants Request for Summary Judgment in this Case at Bar.

See: District Courts order denying defendants Summary Judgement in this case

Exhibit A

-1-

2.) Defendant's in this second Attempt For Summary Judgement "Raises" no new issues for the district Court Judge did not Already consider in the district Court first denial of Summary Judgement to the defendant's in this Case Please "See" District Court Judge denial of defendant's motion for Summary Judgement

"Exhibit 'A'"

3.) The U.S. Magistrate Judge is in Error or will make one mistake in trying to overrule the District Court Judge denial of Summary Judgement to defendant's in this case.

4.) The proper Vehicle for defendant's would have been for the defendant's if they disagreed with the district Court Judge would have been for the defendants to file.

A.) A notice of Appeal From the 1st denial of Summary Judgement, not file A 2nd Summary Judgement to the U.S. Magistrate Judge to Attempt to overrule the District Judge.

"See" Exhibit "A"

3.) Defendants, Argue No New arguments, they simpley restate what was denied by the district Court Judge on the 1st denial of Summary Judgement in this case which is an Abuse of the F.R.C.P. Rule 56 motion.

Wherefore Royster Pray the Court deny defendants second Attempt to overule the district Court Judge, When no Appeal by defendants was taken to the 3rd Circuit Court of Appeals.

"See" Exhibit A

Royster ask this court to strike defendents, 2nd motion For Summary Judgement, ~~denied by~~ which was file on 7/17/2009

I declare under penalty of perjury All is true and Correct.

Respectfully Submitted
/s/ [signature]

Date: 7-26-09

Certificate OF Service

I, Derrick L. Royster hereby attest and affirm that a true and correct copy of the Motion was sent U.S. first Class mail by presenting to corrections officials at FCI Gilmer for processing to the U.S. Postal Service for delivery on July 2009 to

Michael C. Colville
Asst United States Attorney
700 Grant Street Suite 4000
Pittsburgh, PA. 15219

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK ROYSTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-228 Erie |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on August 23, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation [29], filed on December 2, 2008, recommends that the Defendant's motion [15] to dismiss or, in the alternative, motion for summary judgment, be granted. The parties were allowed ten (10) days from the date of service in which to file objections. Plaintiff's objections [30] were filed on December 11, 2008.

AND NOW, this 5th Day of January, 2009, upon de novo consideration of the Chief Magistrate Judge's Report and Recommendation [29] of December 2, 2008 as well as the objections filed thereto,

IT IS ORDERED that the Defendant's motion [15] to dismiss or, in the alternative, motion for summary judgment be, and hereby is, DENIED. Specifically, the Court finds that on the present record there is an issue of fact as to when the Defendant knew or reasonably should have known that the cause of the MRSA

infection was the removal of the laundry machines. *See Green v. United States*, 180 Fed. Appx. 310, 313, 2006 WL 839054, at **3 (3d Cir. March 31, 2006) ("[W]hen the fact of injury alone is insufficient to put an injured party on notice of its cause, the Supreme Court has indicated that the accrual of the claim is delayed until the injured party discovers that cause.") (citing *United States v. Kubrick*, 444 U.S. 111, 122 (1979)).

Accordingly, this Court declines to adopt the Chief Magistrate Judge's Report and Recommendation [29] dated December 2, 2008.

                               s/    SEAN J. McLAUGHLIN

                                    Sean J. McLaughlin
                                    United States District Judge

cm:   All parties of record.
       Chief U.S. Magistrate Judge Baxter

Derrell L. Royster
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Clerk of the Court
United States District Court
P.O. Box 1820
Erie, PA. 16501

RE: Royster V. United States, 01:07-CV-228 Erie

Dear Clerk of the Court,

Please docket and file enclosed motion to the District Court Judge in the captioned cause. A copy of the same has been sent to opposing counsel proof of services is enclosed.

Thank you for your assistance with this matter

Your truly

[signature]